**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DENISE E. LINSKY,   No. C 09-03720 SI

    Plaintiff,   **JUDGMENT**

v.

MICHAEL J. ASTRUE,

    Defendant.
_____/

This action is dismissed for lack of jurisdiction. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 11, 2010

SUSAN ILLSTON
United States District Judge